# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| APRIL TILLMAN,<br><br>   Movant,<br><br>vs.<br><br>UNITED STATES OF AMERICA. | No. C14-2073-LRR<br>No. CR12-2024-LRR<br><br>ORDER |

This matter appears before the court on April Tillman's motion to appoint counsel (civil docket no. 8), motion for evidentiary hearing (civil docket no. 9) and motion for extension of time to file a reply (civil docket no. 10). April Tillman ("the movant") filed thoses motions on June 8, 2015.

Appointment of counsel is based on multiple factors, including the complexity of the case, and, although the court does appoint attorneys in actions that arise under 28 U.S.C. § 2255, it is not required to appoint an attorney. *See Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996) (setting forth factors to be considered for appointment of counsel in civil case); *Abdullah v. Gunter*, 949 F.2d 1032, 1035 (8th Cir. 1991) (same); *Wiggins v. Sargent*, 753 F.2d 663, 668 (8th Cir. 1985) (stating an indigent litigant enjoys neither a statutory nor a constitutional right to have counsel appointed in a civil case); *Day v. United States*, 428 F.2d 1193, 1195 (8th Cir. 1970) ("The Sixth Amendment does not extend to persons seeking post conviction relief." (citing *Baker v. United States*, 334 F.2d 444, 447 (8th Cir. 1964))). Because a review of the claims that the movant included in her motion to vacate, set aside or correct sentence, the affidavit of counsel and the resistance submitted by the government suggest that the movant is not entitled to relief, there is no reason to appoint an attorney at this time. Accordingly, the movant's motion to appoint

counsel (civil docket no. 8) is **DENIED**.  And, for the same reason, there is no basis to conduct an evidentiary hearing at this point in the proceeding.  Accordingly, the movant's motion for evidentiary hearing (civil docket no. 9) is **DENIED**.  Regarding the movant's request for additional time to address the merits of her claims, the court finds that the deadline should be extended.  Accordingly, the movant's motion for extension of time to file a reply (civil docket no. 10) is **GRANTED**.  The movant's reply to the government's response is due no later July 17, 2015.

    **IT IS SO ORDERED**.
    **DATED** this 17th day of June, 2015.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA